# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
FEB 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 01-7495-civ   DATE: Feb. 8, 2002

COURTROOM CLERK: M. Korver   COURT REPORTER: R. Ryckoff

Marcel Fashion Group Inc vs. Lucky Brand Dungarees, Inc et al

COUNSEL: Hyatt Fried   COUNSEL: Martin Schiffmiller

REASON FOR HEARING: Preliminary Injunction Hearing

RESULT OF HEARING: Argument of counsel; Ruling Deferred

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

