# CIVIL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 01-7495-CIV   DATE: May 5, 2003

COURTROOM CLERK: M. Korver   COURT REPORTER: R. Ryckoff

Marcel Fashion Group vs. Lucky Brand Dungarees, Inc. et al

COUNSEL: B. Roderman   COUNSEL: Mimi Sall

REASON FOR HEARING: Trial

RESULT OF HEARING: Trial taken off of the docket - Case settled

CASE CONTINUED TO: N/A   TIME: _____   FOR: _____

MISC: _____

